UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CORY EDWARD FISHERMAN, | Civil No. 10-2157 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MITCH BERNSTEIN, BRADLEY JOHNSON, AND JASON SLETTEN, | |
| Defendants. | |

_____

Cory Edwards Fisherman, #213394, 971 Pickett Street North, Bayport, MN 55033, pro se plaintiff.

William Everett and Daniel Kurtz, **EVERETT AND VANDERWIEL PLLP**, 100 Center Drive, Buffalo, MN 55313, for defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 4, 2012 [Docket No. 26]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment [Docket No. 15] is **GRANTED.**

2. That plaintiff's Complaint is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 25, 2012
at Minneapolis, Minnesota                             ___ s/ John R. Tunheim _____
                                                              JOHN R. TUNHEIM
                                                         United States District Judge